UNITED STATES of America,
Plaintiff—Appellee,

v.

Armando VASQUEZ–IBARRA,
Defendant—Appellant.

No. 06–10602.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 10, 2008.

John Zachary Boyle, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

David S. Eisenberg, Esq., Phoenix, AZ, for Defendant–Appellant.

Armando Vasquez–Ibarra, California City, CA, pro se.

Before: TASHIMA, SILVERMAN and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Armando Vasquez–Ibarra appeals from his guilty-plea conviction and 46–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Vasquez–Ibarra's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel

of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

Accordingly, counsel's motion to withdraw is **GRANTED,** and the appeal is **DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

